**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CITY OF OSCEOLA, ARKANSAS**                                                                 **PLAINTIFF**

**v.**                            **CASE NO. 3:13CV00011 BSM**

**ENTERGY ARKANSAS, INC. et al.**                                                            **DEFENDANTS**

## ORDER

Plaintiff City of Osceola's ("Osceola") motion to deem admitted its statement of material facts [Doc. No. 52] is denied. Defendants are directed to file an amended response to Osceola's statement of material facts that comports with Local Rule 56.1 by close of business on Monday, March 10, 2014. Osceola's motion to strike defendants' reply to its response to defendants' statement of undisputed material facts [Doc. No. 53] is denied.

IT IS SO ORDERED this 7th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE