IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CITY OF OSCEOLA, ARKANSAS**                                                              **PLAINTIFF**

**v.**                         **CASE NO. 3:13CV00011 BSM**

**ENTERGY ARKANSAS, INC. et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 30th day of April 2014.

_____
UNITED STATES DISTRICT JUDGE